IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 MAY 26 PM 12: 19
CLERK_____
SO. DIST. OF GA.

JEREMY DEAUNDRE MALONE,

    Plaintiff,

v.

WILLIAM CLEMENTS; Officer RAY;
and Lt. MELVIN WELLS,

    Defendants.

CIVIL ACTION NO.: CV611-025

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendant William Clements are **DISMISSED**. Plaintiff's claims for monetary damages against Defendants Wells and Ray in their official capacities are also **dismissed**.

SO ORDERED, this 26 day of May, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)